UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| TAWYNE DYONNE AUSTIN, ) | Civil Action No.  4:20-cv-03069-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Remand and Plaintiff's consent thereto, it is hereby ORDERED that Defendant's Motion is GRANTED.  This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

<u>s/ Thomas E. Rogers, Jr.</u>
Honorable Thomas E. Rogers, Jr.
United States Magistrate Judge

Florence, SC
April 12, 2021